**Order entered September 9, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01060-CV

**LAZO TECHNOLOGIES, INC., ET AL., Appellants**

**V.**

**HEWLETT-PACKARD COMPANY, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06786-D**

## ORDER

We **GRANT** appellants' August 15, 2014 motion for an extension of time to file a notice

of appeal. The notice of appeal filed on August 15, 2014 is deemed timely for jurisdictional

purposes.

/s/    ADA BROWN
        JUSTICE